

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2014

No. 04-13-00148-CV

Javier H. **PEREZ**,
Appellant

v.

Patricia **VILLARREAL** and Israel Villarreal,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CVT-000406-D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

On March 28, 2014, Appellant filed his reply brief. On April 11, 2014, Appellees filed a sur-reply brief and moved this court to grant their leave to file a sur-reply brief. *See* Tex. R. App. P. 38.7; 4th Tex. App. (San Antonio) Loc. R. 8.4 (requiring a party to obtain the court's permission to file a supplemental brief); *Standard Fruit & Vegetable Co. v. Johnson*, 985 S.W.2d 62, 65 (Tex. 1998) ("Generally, a party must seek leave of court to file an amended or supplemental brief, and the appellate court has some discretion in deciding whether to allow the filing.").

Appellees' motion is GRANTED; the sur-reply brief is filed.

It is so **ORDERED** on April 17, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

